IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AGNES LI,

    Plaintiff,

v.

POINT ARENA SCHOOL DISTRICT, MARK IACUANIELLO, JUDY MURRAY AND DOES 1 THROUGH 2, INCLUSIVE

    Defendant.

No. C 05-00770 CW

STIPULATION AND ~~PROPOSED~~ ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 6/16/05     SCOTT A. LEWIS /s/ Scott A. Lewis
                     Attorney for Plaintiff

Dated: 6/7/05     WILLIAM P. AYRES
                     Attorney for Defendant

IT IS SO ORDERED:

Dated: 6/22/05     /s/ CLAUDIA WILKEN
                     UNITED STATES DISTRICT JUDGE

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: June 8, 05       AGNES LI  /s/ Agnes Li
                        [Typed name and signature of plaintiff]

Dated: 6/6/05           SCOTT A. LEWIS  /s/ Scott A. Lewis
                        [Typed name and signature of counsel for plaintiff]

                        POINT ARENA SCHOOL DISTRICT,
                        MARK IACUANIELLO, JUDY MURRAY
Dated: _____        _____
                        [Typed name and signature of defendant]

Dated: _____        WILLIAM D. AYRES
                        [Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2                                                         REV. 5/00

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _____    AGNES LI
[Typed name and signature of plaintiff]

Dated: 6/6/05    SCOTT A. LEWIS  /s/ Scott A. Lewis
[Typed name and signature of counsel for plaintiff]

Dated: 6-17-05    POINT ARENA SCHOOL DISTRICT,
MARK IACUANIELLO, JUDY MURRAY
[Typed name and signature of defendant]

Dated: 6/7/05    WILLIAM D. AYRES
[Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
REV. 5/00