SCOTT A. LEWIS, ESQ. (SBN: 149094)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
703 Second Street, Fourth Floor
Post Office Box 1028
Santa Rosa, CA 95402-1028
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Plaintiff AGNES LI

WILLIAM D. AYRES, ESQ. (SBN: 908901)
HARR, ARTHOFER & AYRES
1415 Court Street
Redding, CA 96001
Telephone: (530) 229-1340
Facsimile: (530) 229-1345

Attorneys for Defendants POINT ARENA SCHOOL DISTRICT, MARK IACUANIELLO, JUDY MURRAY

FILED
JUN 23 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES LI, | CASE NO. C 05 0770 CW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER |
| POINT ARENA SCHOOL DISTRICT, MARK IACUANIELLO, JUDY MURRAY and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties hereto, by and through their respective attorneys, stipulate as follows:

1. This action may be submitted to mediation through the ADR Unit of this court, as indicated in the previously filed Stipulation and Order Selecting ADR Process and ADR Certification;

2. No answer or response to the complaint on file herein is due until thirty (30) days after the completion of mediation, if the mediation does not result in dismissal of the case;

STIPULATION/ORDER
C 05-0880 CW

1

1  3.  Order of February 22, 2005, Setting Initial Case Management Conference and the
2  Case Management Conference of June 24, 2005, may be vacated, with a new Order Setting Initial
3  Case Management Conference and Case Schedule issued in due course after mediation, if the
4  mediation does not result in dismissal of the case.

5  DATED: June 22, 2005                       PERRY, JOHNSON, ANDERSON,
                                               MILLER & MOSKOWITZ LLP

                                               _____
                                               SCOTT A. LEWIS
                                               Attorney for Plaintiff

10  DATED: 6/23/05                             HARR, ARTHOFER & AYRES

                                               _____
                                               WILLIAM D. AYRES
                                               Attorney for Defendants

                                ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. CMC continued to 9/23/05 @ 130 p.m. CMC statement due one week prior to conference.

DATED: JUN 23 2005

                                               _____
                                               JUDGE CLAUDIA WILKEN

STIPULATION/ORDER
C 05-0880 CW

2