1  SCOTT A. LEWIS, ESQ. (SBN: 149094)
   PERRY, JOHNSON, ANDERSON,
2  MILLER & MOSKOWITZ, LLP
   703 Second Street, Fourth Floor
3  Post Office Box 1028
   Santa Rosa, CA 95402-1028
4  Telephone: (707) 525-8800
   Facsimile: (707) 545-8242
5
   Attorneys for Plaintiff AGNES LI
6
   WILLIAM D. AYRES, ESQ. (SBN: 908901)
7  HARR, ARTHOFER & AYRES
   1415 Court Street
8  Redding, CA 96001
   Telephone: (530) 229-1340
9  Facsimile: (530) 229-1345

10 Attorneys for Defendants POINT ARENA SCHOOL DISTRICT,
   MARK IACUANIELLO, JUDY MURRAY
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 AGNES LI,                              CASE NO. C 05 0770 CW

16         Plaintiff,
                                          STIPULATION AND ORDER
17      vs.

18 POINT ARENA SCHOOL DISTRICT,
   MARK IACUANIELLO, JUDY MURRAY
19 and DOES 1 through 10, inclusive,

20         Defendants.
   _____/
21

22      The parties hereto, by and through their respective attorneys, stipulate as follows:

23      1.      This case has settled. The final release will be signed within ten days, and plaintiff

24 will then file a Dismissal.

25      2.      Counsel therefore request that the Case Management Conference scheduled for

26 tomorrow, October 28, 2005, at 1:30 p.m., be continued to a date that is convenient to the court.

27 //

28

STIPULATION/ORDER
C 05-0880 CW                                                                                    1

1  DATED: October 27, 2005                    PERRY, JOHNSON, ANDERSON,
2                                              MILLER & MOSKOWITZ LLP

3                                              /s/ Scott A. Lewis
                                               SCOTT A. LEWIS
4                                              Attorney for Plaintiff

5

6  DATED: October 27, 2005                    HARR, ARTHOFER & AYRES

7
                                               /s/ William D. Ayres
8                                              WILLIAM D. AYRES
                                               Attorney for Defendants
9

10                                 ORDER

11      PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE CASE MANAGEMENT
   CONFERENCE IS CONTINUED TO NOVEMBER 18, 2005, AT 1:30 P.M.**
12

13

14          10/27/05
   DATED: _____
15
                                               *[signature: Claudia Wilken]*
16                                             _____
                                               JUDGE CLAUDIA WILKEN

STIPULATION/ORDER
C 05-0880 CW                                                              2